1 Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
2 Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
3 Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
4 SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
5 Roseville, CA 95661
408-279-2288
6 ph: 408-279-2299 fax

7 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENELYNE VALENZUELA,<br><br>                Plaintiff,<br><br>      v.<br><br>MACY'S, INC., ET AL.<br><br>                Defendants. | Case No.: 5:17-cv-04085-LHK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT MACY'S, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Genelyne Valenzuela and defendant Macy's, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within sixty (60) days and will request dismissal of this action.

                                                                              **Sagaria Law, P.C.**

Dated:   October 10, 2017                          By:      /s/ *Elliot Gale*
                                                                              Elliot Gale
                                                                              Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT MACY'S, INC. -1-